UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALMA MANCILLA, et al.,

                       Plaintiffs,

-against-

ALL AMERICAN LAUNDRY SERVICE, INC., et al.,

                      Defendants.
------------------------------------------------------------X

20 Civ. 10255 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's Order, dated January 6, 2021, required the parties to file a proposed joint letter and case management plan by February 11, 2021.  Dkt. No. 9.

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** that, if Plaintiffs have been in communication with Defendants, then the parties shall file the joint letter and proposed case management plan by **February 16, 2021, at noon**.  If Plaintiffs have not been in communication with Defendants, by **February 16, 2021, at noon**, Plaintiffs shall file a status letter (1) apprising the Court of the efforts to serve Defendants; (2) proposing a deadline by which to move for default judgment against Defendants pursuant to this Court's Individual Rules; and (3) requesting adjournment of the initial conference.

Dated: February 12, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE