# Law Offices of Colin Mulholland

### Employment and Civil Litigation

30-97 Steinway Street.
Suite 301-A
Astoria, NY 11103

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

**The application is GRANTED. The initial pretrial conference scheduled for February 18, 2021, (Dkt. No. 9) is ADJOURNED to March 18, 2021, at 10:40 a.m. The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. By March 11, 2021, the parties shall file the joint letter and proposed case management plan.**

Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

**Dated: February 16, 2021**
**New York, New York**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: Mancilla, et al. v. All American Laundry Services, Inc. et al,
20-cv-10255 (LGS)

Your Honor,

Plaintiff writes to the Court to respectfully request an adjournment of the currently scheduled initial conference until a date in late March or early April at the Court's convenience.

Since serving the Summons and Complaint, an attorney representing Defendant Martin has reached out to the undersigned hoping to engage in settlement discussions pre-answer. This attorney represents Defendant Martin in an unrelated legal matter and, as I understand it, is not empowered to appear yet and asked to engage in settlement discussions before having to be formally retained.

The undersigned is welcome to such discussions but the parties needed a bit more time to discuss amongst all parties a potential resolution.

If it pleases the Court, perhaps the initial conference can be adjourned four or six weeks to see if the parties can resolve the matter or, failing that, for the Defendants to retain an attorney to appear and defend them.

_/s/Colin Mulholland, Esq._
Colin Mulholland, Esq.

30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiffs*