UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
            :
ALMA MANCILLA, et al.            :
                  Plaintiffs,   :
            :   20 Civ. 10255 (LGS)
          -against-            :
            :   <u>ORDER</u>
ALL AMERICAN LAUNDRY SERVICE, INC.,  :
et al.             :
                 Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge et al.:

WHEREAS, the initial pretrial conference in this matter is scheduled for March 18, 2021. Dkt. No. 15.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. *See* Dkt. No. 16.

WHEREAS, the parties' joint letter includes a request for referral to the Court-annexed Mediation Program. Dkt. No. 16. It is hereby

**ORDERED** that, the March 18, 2021, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order and a referral to the Court-annexed Mediation Program will issue in separate orders.

Dated: March 12, 2021
        New York, New York

                                                     LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE