UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALMA MANCILLA, et al.,
                         Plaintiffs,

            -against-

ALL AMERICAN LAUNDRY SERVICE, INC., et al.,
                       Defendants.
------------------------------------------------------------X

20 Civ. 10255 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court has been informed that the parties have reached a settlement in principle in this case (Dkt. No. 31). Accordingly, it is hereby

**ORDERED** that, by **June 22, 2021**, the parties shall file: (i) the settlement and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *see, e.g., Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). The parties' letter shall include a detailed breakdown of counsel's time spent and expenses incurred if counsel is seeking attorneys' fees and expenses. It is further

**ORDERED** that any pending conferences and deadlines are **CANCELLED**.

Dated: June 1, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**