# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.                                               Telephone: (347) 687-2019
Suite 301-A                                                          cmulhollandesq@gmail.com
Astoria, NY 11103

June 17th, 2021

Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

Re: Mancilla, et al. v. All American Laundry Services, Inc. et al,
20-cv-10255 (LGS)

Your Honor,

The parties write jointly to respectfully request that the Court permit the parties until on or before July 30th, 2021 to submit the executed settlement agreement and fairness motion. The current deadline is June 22nd, 2021. This is the first request for this relief.

The parties have a draft agreement in circulation and require more time to finalize some of the terms with the clients and to arrange time to execute the agreement itself.

The application is **GRANTED**. By **July 30, 2021**, the parties shall file (i) the settlement and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable.

Dated: June 21, 2021
       New York, New York

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiffs*

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**